

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CM PRODUCE LLC,

                Plaintiff,

-against-                                      CASE NUMBER:

V.S.V. SUBZI MANDI OF JACKSON HEIGHTS, INC.
and VINOD KALRA,

                Defendants.



Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:  Westbury, New York
        March 11, 2008

                                                       KREINCES & ROSENBERG, P.C.

                                         By: _____
                                         LEONARD KREINCES (LK/6524)
                                         Attorneys for Plaintiff
                                         900 Merchants Concourse, Suite 305
                                         Westbury, New York 11590
                                         (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\CM Produce\Subzi Mandi Big Vinny\Rule 7.frm