~~United States~~ COURT OF THE STATE/CITY OF NEW YORK
COUNTY OF: SOUTHERN DISTRICT OF NEW YORK    ATTORNEY: LEONARD REINCES, ESQ

|||
|---|---|
| CM PRODUCE, LLC<br>- against -<br>V.S.V. SUBZI MANDI OF JACKSON HEIGHTS, INC., ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX# 08 CV 2884(RWS)

STATE OF: NY    - COUNTY OF: Suffolk ss:

Curtis Warren, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in NY

That on date/time: 3-27-08 5:11 pm, at 72-30 37TH AVE JACKSON HEIGHTS NY 11372
Deponent served the within: SUMMONS, COMPLAINT
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: VINOD KALRA
[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL [ ]** — By personally delivering to and leaving with said VINOD KALRA and that he knew the person so served to be the person mention and described in said SUMMONS, COMPLAINT

**CORPORATION [ ]** — By delivering to and leaving with _____ at _____ of the corporation. and that he knew the person so served to be the _____

**SUITABLE AGE PERSON [X]** — Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with Raj Singh a person of suitable age and discretion at 72-30 37th Ave, Jackson Heights NY 11372 the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. [ ]** — By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. _____ 2. _____ 3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE #1 [ ]** Use with C or D — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on _____.

**MAILING TO BUSINESS #2 [X]** Use with C or D — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at 72-30 37th Ave, Jackson Heights NY 11372 in an official repository under the exclusive care and custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on 3-28-08.

[X] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D

[X] Male  [ ] Female
[ ] White Skin  [ ] Black Skin  [ ] Yellow Skin  [X] Brown Skin  [ ] Red Skin
[ ] Black Hair  [ ] Brown Hair  [ ] Blonde Hair  [X] Gray Hair  [ ] Red Hair
[ ] White Hair  [ ] Balding  [X] Moustache  [X] Beard  [ ] Glasses
[ ] 14 - 20 Yrs.  [ ] 21 - 35 Yrs.  [X] 36 - 50 Yrs.  [ ] 51 - 65 Yrs.  [ ] Over 65 Yrs.
[ ] Under 5'  [ ] 5'0" - 5'3"  [ ] 5'4" - 5'8"  [ ] 5'9" - 6'0"  [X] Over 6'
[ ] Under 100 Lbs.  [ ] 100 - 130 Lbs.  [ ] 131 - 160 Lbs.  [ ] 161 - 200 Lbs.  [X] Over 200 Lbs.

Other identifying features: _____

**WITNESS FEE [ ]** — Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]** — I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this 28th day of March, 2008

Notary Signature: _____
Name of Notary: _____
Commission Expiration: _____

I, Curtis Warren 87667, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    Date 3-28

CARLA M ELLIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 03-11180
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES AUGUST 6, 20__

FILED
Stamped copy will arrive shortly