UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CM PRODUCE LLC,

                        Plaintiff,              Case No.: 08 CV 2884 (RWS)

        -against-                        **NOTICE OF VOLUNTARY
                                         DISMISSAL**

V.S.V. SUBZI MANDI OF JACKSON HEIGHTS,
INC. and VINOD KALRA,
                        Defendants.

 

No party herein being an incompetent or infant, all the claims asserted by CM PRODUCE

LLC, against defendants, V.S.V. SUBZI MANDI OF JACKSON HEIGHTS, INC. and VINOD

KALRA, be and hereby are voluntarily dismissed, without prejudice, with each party to bear its own

costs.

Dated:  Westbury, New York
        May 20, 2008

                                KREINCES & ROSENBERG, P.C.

                        By:  _____
                                LEONARD KREINCES (LK6524)
                                Attorneys for Plaintiff
                                900 Merchants Concourse
                                Westbury, New York 11590
                                (516) 227-6500

**SO ORDERED:**

May _____, 2008

_____
U.S.D.J.

Z:\kreinces1\WORK\HUNTSPOINT\CM Produce\Subzi Mandi Big Vinny\Voluntary Dismissal.wpd

1