UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CM PRODUCE LLC,

                Plaintiff,            Case No.: 08 CV 2884 (RWS)

  -against-                          **NOTICE OF VOLUNTARY DISMISSAL**

V.S.V. SUBZI MANDI OF JACKSON HEIGHTS, INC. and VINOD KALRA,

                Defendants.

No party herein being an incompetent or infant, all the claims asserted by CM PRODUCE LLC, against defendants, V.S.V. SUBZI MANDI OF JACKSON HEIGHTS, INC. and VINOD KALRA, be and hereby are voluntarily dismissed, without prejudice, with each party to bear its own costs.

Dated: Westbury, New York
       May 20, 2008

                                            KREINCES & ROSENBERG, P.C.

                                      By: _____
                                            LEONARD KREINCES (LK6524)
                                            Attorneys for Plaintiff
                                            900 Merchants Concourse
                                            Westbury, New York 11590
                                            (516) 227-6500

SO ORDERED:

May 2͟7͟, 2008

_____
U.S.D.J.

Z:\Kreinces\WORK\HUNTSPOINT\CM Produce\Subzi Mandi Big Vinny\Voluntary Dismissal.wpd

MICROFILMED  MAY 2 9 2008 -9:00 AM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

1