UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAY 29 2008
JUDGE SWEET CHAMBERS

CM PRODUCE LLC,

           Plaintiff,

   -against-

V.S.V. SUBZI MANDI OF JACKSON HEIGHTS, INC. and VINOD KALRA,

           Defendants.

Case No.: 08 CV 2884 (RWS)

**NOTICE OF VOLUNTARY DISMISSAL**

No party herein being an incompetent or infant, all the claims asserted by CM PRODUCE LLC, against defendants, V.S.V. SUBZI MANDI OF JACKSON HEIGHTS, INC. and VINOD KALRA, be and hereby are voluntarily dismissed, without prejudice, with each party to bear its own costs.

Dated: Westbury, New York
       May 20, 2008

                              KREINCES & ROSENBERG, P.C.

                     By: _____
                            LEONARD KREINCES (LK6524)
                            Attorneys for Plaintiff
                            900 Merchants Concourse
                            Westbury, New York 11590
                            (516) 227-6500

SO ORDERED:

May ___, 2008

_____
U.S.D.J.   6-2-08

Z:\kreinces\WORK\HUNTSPOINT\CM Produce\Subzi Mandi Big Vinny\Voluntary Dismissal.wpd

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

1